UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1( b)

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Residential Mortgage Solution LLC

In Re:
McConville, Kristine D. McConville, Michael J.



Order Filed on September 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No:    16-33774 JNP

Chapter: 13

Hearing Date: 9/12/2017
Judge:  Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Residential Mortgage Solution LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as, 118 St. Regis Drive, West Deptford NJ 08096**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Michael J. McConville
Kristine D. McConville
    Debtors

Case No. 16-33774-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 1         Date Rcvd: Sep 12, 2017
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db/jdb      +Michael J. McConville,   Kristine D. McConville,   118 St. Regis Drive,   West Deptford, NJ 08096-3931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Residential Mortgage Solution LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Gary D. Thompson    on behalf of Creditor Ronald E Zeck,Jr. gdt1951@comcast.net
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC4 Firstrust lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
        Rex J. Roldan    on behalf of Joint Debtor Kristine D. McConville roldanlaw@comcast.net, r43760@notify.bestcase.com
        Rex J. Roldan    on behalf of Debtor Michael J. McConville roldanlaw@comcast.net, r43760@notify.bestcase.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                   TOTAL: 8