| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michael J. McConville<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9031<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Kristine D. McConville<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9042<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   12/13/16 |
| Case number: | 16–33774–JNP | Date case converted to chapter: | 7   10/4/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael J. McConville | Kristine D. McConville |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 118 St. Regis Drive<br>West Deptford, NJ 08096 | 118 St. Regis Drive<br>West Deptford, NJ 08096 |
| 4. | **Debtor's attorney**<br>Name and address | Rex J. Roldan<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus<br>900 Route 168, Suite I–4<br>Turnersville, NJ 08012 | Contact phone (856) 232–1425 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 10/5/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 13, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/12/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-33774-JNP
Michael J. McConville                                                       Chapter 7
Kristine D. McConville
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 3                  Date Rcvd: Oct 05, 2017
                              Form ID: 309A             Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
```
db/jdb         +Michael J. McConville,   Kristine D. McConville,   118 St. Regis Drive,
                 West Deptford, NJ 08096-3931
tr             +Andrew Sklar,   1200 Laurel Oak Road,   Suite 102,   Voorhees, NJ 08043-4317
516547838      +A-1 Collections,   2297 State Highway 33, Suite 906,   Hamilton Square, NJ 08690-1717
516547839      +ABC Supply Co., Inc.,   2201 Mt. Ephraim Avenue, #8,   Camden, NJ 08104-3232
516547846      +AR Resources, Inc.,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
516547840       Account Resolution Services,   PO Box 459079,   Sunrise, FL 33345-9079
516547843      +American Dental Concepts,   1450 Clements Bridge Road,   Deptford, NJ 08096-3067
516547844      +Andrew J. Kelly,   122 Princeton Avenue,   Woodbury, NJ 08096-3124
516547845       Apex Asset Management,   2501 Oregon Pike Ste 120,   Lancaster, PA 17601-4890
516732378       Apex Asset Management, LLC,   Michael Bronstein DMD,   PO Box 5407,   Lancaster, PA  17606-5407
516547848      +Bank of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
516547850      +Bradco Supply Company,   80 Old Mills Road,   Towanda, PA 18848-8192
516547851      +Cach, LLC,   4500 Cherry Creek Drive S, Ste #700,   Denver, CO 80246-1534
516547855      +Carmen A. Malignaggi, Esquire,   25 Newton Avenue,   Woodbury, NJ 08096-4608
516547857      +DiMarino-Kroop-Prieto,   GI Associates,   26 E Red Bank Avenue,   Woodbury, NJ 08096-1611
516744882      +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516547858      +Doylestown Emergency Assoc P,   595 W State Street,   Doylestown, PA 18901-2554
516547859       Eastern Account System I,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
516547860      +Emerg Care Services of NJ, PA,   2620 Ridgewood Rd Ste 300,   Akron, OH 44313-3500
516547861      +First American Real Estate Tax Service,   1 First American Way,   Santa Ana, CA 92707-5913
516547863      +Gregory S. Maslow, MD, FAAOS,   1007 Mantua Pike,   Woodbury, NJ 08096-3963
516547867      +Joseph & Dena Persichetti,   201 Monroe Avenue,   Mantua, NJ 08051-1111
516547868      +KML Law Group, PC,   216 Haddon Ave Ste 406,   Collingswood, NJ 08108-2812
516547869      +Liberty Roofing Center,   235 Alpha Drive, Suite 202,   Pittsburgh, PA 15238-2940
516547870      +Linda Moles,   4 East Berwin Way,   Mount Laurel, NJ 08054-3013
516547874     #+Mary Matson,   32 Fostertown Lane,   Mullica Hill, NJ 08062-2204
516547875      +Michael Bowen,   1112 Simpson Avenue,   National Park, NJ 08063-1442
516547876      +Michael Bronstein, DMD,   1040 Cooper St,   Deptford, NJ 08096-3015
516547877      +Michelle Mulnick,   5 N. Betsy Court,   Glendora, NJ 08029-1738
516547882       NJ Dept of Labor & Workforce Development,   1 John Fitch Plaza,   PO Box 110,
                 Trenton, NJ 08625-0110
516547878      +National Check Trust,   2811 Corporate Way,   Hollywood, FL 33025-3972
516547880      +New Jersey Attorney General Office,   Division of Law,   Richard J. Hughes Complex,
                 25 Market Street, PO Box 112,   Trenton, NJ 08625-0112
516547883      +Pressler & Pressler, LLP,   7 Entin Rd,   Parsippany, NJ 07054-5020
516547884       Pro Build East LLC,   900 West Trade Street, Suite 715,   Charlotte, NC 28202-1144
516547885      +Remex, Inc.,   307 Wall St,   Princeton, NJ 08540-1515
516764273      +Residential Mortgage Solution LLC,   c/o BSI Financial Services,   1425 Greenway Drive, #400,
                 Irving, TX 75038-2480
516547887      +Robert E. Verdinelli,   c/o Puff & Cockerill LLC,   PO Box 684,   Woodbury, NJ 08096-7684
516547888      +Ronald M. MacFarland, Esquire,   PO Box 542,   Eldora, NJ 08270-0542
516547889      +Ronald Zeck,   33 E Rattling Run Road,   Mickleton, NJ 08056-1427
516547893      +SPS Mechanical Inc.,   68 Paulsboro Road, Suite 1,   Woolwich, NJ 08085-1364
516547881     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,
                 Compliance & Enforcement - Bkrptcy Unit,   50 Barrack Street, 9th Floor,   PO Box 245,
                 Trenton, NJ 08695)
516547890      +South Harrison Self Storage,   500 Tomlin Station Road,   Mullica Hill, NJ 08062-9503
516547891       South Jersey Radiology Associates,   PO Box 1710,   Voorhees, NJ 08043-7710
516547892      +Specialized Loan Servicing,   8742 Lucent Blvd Ste 300,   Littleton, CO 80129-2386
516744449      +State of New Jersey,   Division of Employer Accounts,   PO Box 379,   Trenton, NJ 08625-0379
516547894      +Sunrise Credit Services,   234 Airport Plaza Blvd Ste 4,   Farmingdale, NY 11735-3938
516547895      +T and T Flooring Co.,   741 Creek Road,   Bellmawr, NJ 08031-2422
516547896      +Teesdale Waste Removal & Recycling Serv,   211 Blackwood Barnsboro Road,
                 Sewell, NJ 08080-4203
516547897      +Thomas Jamison,   8325 Wessex Drive,   Pennsauken, NJ 08109-3529
516547898      +Township of East Greenwich,   159 Democrat Road,   Mickleton, NJ 08056-1279
516547899      +Township of West Deptford,   400 Crown Point Road,   Thorofare, NJ 08086-2146
516547900      +Trident Asset Management,   PO Box 888424,   Atlanta, GA 30356-0424
516547901      +United Tranzations,   2811 Corporate Way,   Miramar, FL 33025-3972
516547902      +Universal Supply Co Inc.,   582 South Egg Harbor Road,   Hammonton, NJ 08037-3341
516547904      +Wayne Jones, Jr.,   172 Kayla Drive,   Mount Royal, NJ 08061-1049
516547905      +Weir & Partners LLP,   215 Fries Mill Road, 2nd Floor,   Turnersville, NJ 08012-2021
516547906       Woodbury Hardware Inc.,   617 N Broad Street,   Woodbury, NJ 08096
516547907      +Woolwich Sand and Gravel LLC,   2036 Oldmans Creek Rd,   Swedesboro, NJ 08085-3023
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Oct 05, 2017
                              Form ID: 309A            Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: roldanlaw@comcast.net Oct 05 2017 22:54:01      Rex J. Roldan,
                 Law Office of Rex J. Roldan, PC,   Washington Professional Campus,   900 Route 168, Suite I-4,
                 Turnersville, NJ 08012
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2017 22:55:03      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2017 22:55:00      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516547841      +E-mail/Text: equiles@philapark.org Oct 05 2017 22:55:55      ACS Inc.,   PO Box 41818,
                 Philadelphia, PA 19101-1818
516547842       EDI: AFNIRECOVERY.COM Oct 05 2017 22:33:00      Afni, Inc.,   PO Box 3427,
                 Bloomington, IL 61702-3427
516547847       EDI: ACCE.COM Oct 05 2017 22:33:00      Asset Acceptance,   PO Box 2036,   Warren, MI 48090-2036
516547852      +E-mail/Text: clientrep@capitalcollects.com Oct 05 2017 22:56:11      Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
516547853      +E-mail/Text: Jodi.b@consumerrecovery.com Oct 05 2017 22:56:00      Capital Recovery Systems,
                 310 South Street,   Plainville, MA 02762-1547
516547854       EDI: CHASE.COM Oct 05 2017 22:33:00      Cardmember Service,   PO Box 15298,
                 Wilmington, DE 19850-5298
516547864      +EDI: IIC9.COM Oct 05 2017 22:33:00      I.C. System Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
516547865       EDI: IRS.COM Oct 05 2017 22:33:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
516547866      +E-mail/Text: vivian@interstatecredit.net Oct 05 2017 22:55:27
                 Interstate Credit and Collection,   21 W Fornance Street,   Norristown, PA 19401-3300
516758690       EDI: RESURGENT.COM Oct 05 2017 22:33:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,   Greenville, SC 29603-0675
516547872       EDI: RESURGENT.COM Oct 05 2017 22:33:00      LVNV Funding, LLC,   PO Box 10497,
                 Greenville, SC 29603-0497
516606554       EDI: RESURGENT.COM Oct 05 2017 22:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516547871       EDI: RMSC.COM Oct 05 2017 22:33:00      Lowe's Home Centers Inc.,   1000 Lowes Boulevard,
                 Mooresville, NC 28117-8520
516715787      +EDI: MID8.COM Oct 05 2017 22:33:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516547873       EDI: TSYS2.COM Oct 05 2017 22:33:00      Macy's,   Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
516547879      +E-mail/PDF: bankruptcy@ncfsi.com Oct 05 2017 22:57:16      New Century Financial Services,
                 110 S Jefferson Rd #104,   Whippany, NJ 07981-1038
516547886      +E-mail/Text: asmith@marcuslaw.net Oct 05 2017 22:55:37      Robert Caione,
                 c/o Scott H. Marcus, Esquire,   121 Johnson Road,   Turnersville, NJ 08012-1758
516547903      +EDI: VERIZONEAST.COM Oct 05 2017 22:33:00      Verizon,   500 Technology Dr Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547849       Ben Abdllkaderkais
516547862       George Long
516625432       US Bank Cust for PC4 Firstrust
516685761*     +Robert E. Verdinelli,   c/o Puff & Cockerill LLC,   P.O. Box 684,   Woodbury, NJ 08096-7684
516683700*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516547856     ##+Commercial Acceptance Co,   2 W Main St,   Camp Hill, PA 17011-6326
                                                                                  TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: Oct 05, 2017
                              Form ID: 309A            Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Andrew    Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Residential Mortgage Solution LLC
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Gary D. Thompson    on behalf of Creditor Ronald E Zeck,Jr. gdt1951@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC4 Firstrust lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rex J. Roldan    on behalf of Joint Debtor Kristine D. McConville roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Rex J. Roldan    on behalf of Debtor Michael J. McConville roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```