UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

**Order Filed on October 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL J. McCONVILLE and KRISTINE D. McCONVILLE

Case Number:   16-33774 (JNP)

Hearing Date:   October 24, 2017

Judge:   Jerrold N. Poslusny, Jr.

Chapter:   7

Recommended Local Form:   [X] Followed   [ ] Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by  Michael & Kristine McConville  and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to  Residential Mortgage Solution  is reinstated effective the date of this order.

*rev.7/12/16*

2