UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

Order Filed on October 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL J. McCONVILLE and KRISTINE D. McCONVILLE

| | |
|---|---|
| Case Number: | 16-33774 (JNP) |
| Hearing Date: | October 24, 2017 |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 7 |

Recommended Local Form:    [X] Followed    [ ] Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by __Michael & Kristine McConville__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to __Residential Mortgage Solution__ is reinstated effective the date of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:
Michael J. McConville
Kristine D. McConville
    Debtors

Case No. 16-33774-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db/jdb      +Michael J. McConville,    Kristine D. McConville,    118 St. Regis Drive,    West Deptford, NJ 08096-3931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
       Andrew Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
       Denise E. Carlon     on behalf of Creditor    Residential Mortgage Solution LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Gary D. Thompson     on behalf of Creditor Ronald E Zeck,Jr. gdt1951@comcast.net
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Linda S. Fossi     on behalf of Creditor    US Bank Cust for PC4 Firstrust lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
       Rex J. Roldan     on behalf of Joint Debtor Kristine D. McConville roldanlaw@comcast.net, r43760@notify.bestcase.com
       Rex J. Roldan     on behalf of Debtor Michael J. McConville roldanlaw@comcast.net, r43760@notify.bestcase.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 8