UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MCCONVILLE, MICHAEL J.  
MCCONVILLE, KRISTINE D.

Case No.: 16-33774-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 2, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 118 ST. REGIS DRIVE, WEST DEPTFORD NJ 08096<br>(FMV $197,000.00) |
|---|---|

| Liens on property: | $392,102.00- Specialze Loan Serv - 1st<br>$120,000.00 - Joseph & Dena Persichetti<br>$2,891.03 - Township of West Deptford |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Andrew Sklar, Chapter 7 Trustee

Address: 1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 16-33774-JNP
Michael J. McConville                                              Chapter 7
Kristine D. McConville
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Nov 30, 2017
                               Form ID: pdf905             Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db/jdb         +Michael J. McConville,    Kristine D. McConville,    118 St. Regis Drive,
                 West Deptford, NJ 08096-3931
516547838      +A-1 Collections,    2297 State Highway 33, Suite 906,    Hamilton Square, NJ 08690-1717
516547839      +ABC Supply Co., Inc.,    2201 Mt. Ephraim Avenue, #8,    Camden, NJ 08104-3232
516547846      +AR Resources, Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516547840       Account Resolution Services,    PO Box 459079,    Sunrise, FL 33345-9079
516547843      +American Dental Concepts,    1450 Clements Bridge Road,    Deptford, NJ 08096-3067
516547844      +Andrew J. Kelly,    122 Princeton Avenue,    Woodbury, NJ 08096-3124
516547845       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
516732378       Apex Asset Management, LLC,    Michael Bronstein DMD,    PO Box 5407,   Lancaster, PA 17606-5407
516547848      +Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516547850      +Bradco Supply Company,    80 Old Mills Road,    Towanda, PA 18848-8192
516547851      +Cach, LLC,    4500 Cherry Creek Drive S, Ste #700,    Denver, CO 80246-1534
516547854       Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
516547855      +Carmen A. Malignaggi, Esquire,    25 Newton Avenue,    Woodbury, NJ 08096-4608
516547857      +DiMarino-Kroop-Prieto,    GI Associates,    26 E Red Bank Avenue,    Woodbury, NJ 08096-1611
516744882      +Directv, LLC,   by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516547858      +Doylestown Emergency Assoc P,    595 W State Street,    Doylestown, PA 18901-2554
516547859       Eastern Account System I,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
516547860      +Emerg Care Services of NJ, PA,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3500
516547861      +First American Real Estate Tax Service,    1 First American Way,    Santa Ana, CA 92707-5913
516547863      +Gregory S. Maslow, MD, FAAOS,    1007 Mantua Pike,    Woodbury, NJ 08096-3963
516547864      +I.C. System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
516547867      +Joseph & Dena Persichetti,    201 Monroe Avenue,    Mantua, NJ 08051-1111
516547868      +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
516547869      +Liberty Roofing Center,    235 Alpha Drive, Suite 202,    Pittsburgh, PA 15238-2940
516547870      +Linda Moles,    4 East Berwin Way,    Mount Laurel, NJ 08054-3013
516547873       Macy’s,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516547874     #+Mary Matson,    32 Fostertown Lane,    Mullica Hill, NJ 08062-2204
516547875      +Michael Bowen,    1112 Simpson Avenue,    National Park, NJ 08063-1442
516547876      +Michael Bronstein, DMD,    1040 Cooper St,    Deptford, NJ 08096-3015
516547877      +Michelle Mulnick,    5 N. Betsy Court,    Glendora, NJ 08029-1738
516547882       NJ Dept of Labor & Workforce Development,    1 John Fitch Plaza,    PO Box 110,
                 Trenton, NJ 08625-0110
516547878      +National Check Trust,    2811 Corporate Way,    Hollywood, FL 33025-3972
516547880      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Complex,
                 25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
516547883      +Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
516547884       Pro Build East LLC,    900 West Trade Street, Suite 715,    Charlotte, NC 28202-1144
516547885       Remex, Inc.,    307 Wall St,    Princeton, NJ 08540-1515
516764273      +Residential Mortgage Solution LLC,    c/o BSI Financial Services,    1425 Greenway Drive, #400,
                 Irving, TX 75038-2480
516547887      +Robert E. Verdinelli,    c/o Puff & Cockerill LLC,    PO Box 684,    Woodbury, NJ 08096-7684
516547888      +Ronald M. MacFarland, Esquire,    PO Box 542,    Eldora, NJ 08270-0542
516547889      +Ronald Zeck,    33 E Rattling Run Road,    Mickleton, NJ 08056-1427
516547893      +SPS Mechanical Inc.,    68 Paulsboro Road, Suite 1,    Woolwich, NJ 08085-1364
516547881     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bkrptcy Unit,    50 Barrack Street, 9th Floor,    PO Box 245,
                 Trenton, NJ 08695)
516547890      +South Harrison Self Storage,    500 Tomlin Station Road,    Mullica Hill, NJ 08062-9503
516547891       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516547892      +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Littleton, CO 80129-2386
516744449      +State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
516547894      +Sunrise Credit Services,    234 Airport Plaza Blvd Ste 4,    Farmingdale, NY 11735-3938
516547895      +T and T Flooring Co.,    741 Creek Road,    Bellmawr, NJ 08031-2422
516547896      +Teesdale Waste Removal & Recycling Serv,    211 Blackwood Barnsboro Road,
                 Sewell, NJ 08080-4203
516547897      +Thomas Jamison,    8325 Wessex Drive,    Pennsauken, NJ 08109-3529
516547898      +Township of East Greenwich,    159 Democrat Road,    Mickleton, NJ 08056-1279
516547899      +Township of West Deptford,    400 Crown Point Road,    Thorofare, NJ 08086-2146
516547900      +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
516547901      +United Tranzations,    2811 Corporate Way,    Miramar, FL 33025-3972
516547902      +Universal Supply Co Inc.,    582 South Egg Harbor Road,    Hammonton, NJ 08037-3341
516547903      +Verizon,    500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
516547904      +Wayne Jones, Jr.,    172 Kayla Drive,    Mount Royal, NJ 08061-1049
516547905      +Weir & Partners LLP,    215 Fries Mill Road, 2nd Floor,    Turnersville, NJ 08012-2021
516547906       Woodbury Hardware Inc.,    617 N Broad Street,    Woodbury, NJ 08096
516547907      +Woolwich Sand and Gravel LLC,    2036 Oldmans Creek Rd,    Swedesboro, NJ 08085-3023
```

```
District/off: 0312-1              User: admin                Page 2 of 3                Date Rcvd: Nov 30, 2017
                                  Form ID: pdf905            Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2017 23:06:32      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2017 23:06:29      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ  07102-5235
516547841         +E-mail/Text: equiles@philapark.org Nov 30 2017 23:07:18      ACS Inc.,    PO Box 41818,
                   Philadelphia, PA  19101-1818
516547842          E-mail/Text: EBNProcessing@afni.com Nov 30 2017 23:06:39      Afni, Inc.,    PO Box 3427,
                   Bloomington, IL  61702-3427
516547847          E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 30 2017 23:06:26      Asset Acceptance,
                   PO Box 2036,    Warren, MI  48090-2036
516547852         +E-mail/Text: clientrep@capitalcollects.com Nov 30 2017 23:07:40      Capital Collection Service,
                   PO Box 150,    West Berlin, NJ  08091-0150
516547853         +E-mail/Text: Jodi.b@consumerrecovery.com Nov 30 2017 23:07:20      Capital Recovery Systems,
                   310 South Street,    Plainville, MA  02762-1547
516547865          E-mail/Text: cio.bncmail@irs.gov Nov 30 2017 23:06:15      Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA  19101-7346
516547866         +E-mail/Text: vivian@interstatecredit.net Nov 30 2017 23:06:53
                   Interstate Credit and Collection,    21 W Fornance Street,    Norristown, PA  19401-3300
516758690          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 30 2017 23:16:44
                   LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                   Greenville, SC  29603-0675
516547872          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 30 2017 23:16:34      LVNV Funding, LLC,
                   PO Box 10497,    Greenville, SC  29603-0497
516606554          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 30 2017 23:16:22
                   LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516547871          E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 23:10:45      Lowe’s Home Centers Inc.,
                   1000 Lowes Boulevard,    Mooresville, NC  28117-8520
516715787         +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2017 23:06:29      MIDLAND FUNDING LLC,
                   PO BOX 2011,    WARREN, MI  48090-2011
516547879         +E-mail/PDF: bankruptcy@ncfsi.com Nov 30 2017 23:10:46      New Century Financial Services,
                   110 S Jefferson Rd #104,    Whippany, NJ  07981-1038
516547886         +E-mail/Text: asmith@marcuslaw.net Nov 30 2017 23:06:59      Robert Caione,
                   c/o Scott H. Marcus, Esquire,    121 Johnson Road,    Turnersville, NJ  08012-1758
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547849        Ben Abdllkaderkais
516547862        George Long
516625432        US Bank Cust for PC4 Firstrust
516685761*      +Robert E. Verdinelli,   c/o Puff & Cockerill LLC,    P.O. Box 684,    Woodbury, NJ  08096-7684
516683700*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Department of Treasury,
                  Division of Taxation,    PO Box 245,   Trenton, NJ  08695-0245)
516547856      ##+Commercial Acceptance Co,    2 W Main St,   Camp Hill, PA  17011-6326
                                                                                              TOTALS: 3, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 3 of 3                  Date Rcvd: Nov 30, 2017
                               Form ID: pdf905              Total Noticed: 77
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              Andrew   Sklar     on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Residential Mortgage Solution LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Gary D. Thompson     on behalf of Creditor Ronald E Zeck,Jr. gdt1951@comcast.net
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC4 Firstrust lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rex J. Roldan     on behalf of Joint Debtor Kristine D. McConville roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Rex J. Roldan     on behalf of Debtor Michael J. McConville roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```